CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

Martin H Orlick, Esq. (CBN 083908)
Stuart Tubis, Esq.
Jeffer Mangels Butler & Mitchell, LLP
2 Embarcadero Center 5th Floor
San Francisco, CA 94111
Tel: (415) 398-8080
Fax: (415) 398-5584
Email: MOrlick@jmbm.com, SKT@JMBM.com
Attorneys for Defendant The Peter A. and Vernice H. Gasser Foundation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pamela Koussa<br><br>       Plaintiff,<br><br>   v.<br><br>The Peter A. and Vernice H. Gasser Foundation; A Wine Valley Experience Limousine Inc.; Does 1-100<br><br>       Defendants. | CASE NO.  3:16-cv-07024-EDL<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed without prejudice from the federal forum as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the only federal claim has been rendered moot by the closing of the business.

Dated: February 10, 2017        CENTER FOR DISABILITY ACCESS

By: /s/ Russell handy            .
    Russell C. Handy
    Attorneys for Plaintiff

Dated:        JEFFER MANGELS BUTLER & MITCHELL LLP

By:
    Stuart K. Tubis
    Attorneys for Defendants
    James M. Dorsey, Donna J. Dorsey, and Omar Romero, Inc.

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: February 9, 2017

By: /s/ *Martin H Orlick*
Martin H Orlick, Esq. (CBN 083908)
Stuart Tubis, Esq.
Attorneys for Defendant The Peter A. and Vernice H. Gasser Foundation